FILED: 12/10/12

JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| *Ingenuity 13 LLC*, | CASE NO. CV 12-6635-GHK (RZx) |
| Plaintiff, | JUDGMENT |
| v. | |
| *John Doe*, | |
| Defendant. | |

Pursuant to the Court's December 10, 2012 Order, IT IS **ORDERED, ADJUDGED, AND DECREED** that Plaintiff's claims against Defendant John Doe are hereby **DISMISSED** without prejudice.

**IT IS SO ORDERED**.

DATED: December 10, 2012

_____
GEORGE H. KING
Chief United States District Judge